IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 123-041 |
| | ) | |
| MARCUS SMITH | ) | |

**O R D E R**

In light of Defendant's retention of counsel, the appointment of D. Clay Ward is hereby **TERMINATED**, and Mr. Ward is accordingly **INSTRUCTED** to file his CJA voucher within fourteen days of the date of this Order.  Mr. Ward shall turn over all discovery materials to Ms. Jeffords upon receipt of this Order.  The Court **INSTRUCTS** the **CLERK** to issue a Notice to Retained Counsel to Tanya D. Jeffords.

SO ORDERED this 30th day of June, 2023, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA